UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 2:99-cr-00027-NT-1 |
| ) | |
| JEREMY BENDER, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON DEFENDANT'S MOTION FOR A SENTENCE REDUCTION**

On February 26, 2024, the Defendant, Jeremy Bender, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and (B) (ECF No. 80). The Government filed a response on March 18, 2024 (ECF No. 84), and the Defendant did not file a reply.

Mr. Bender was indicted on April 16, 1999 (ECF No. 1). On November 29, 2000, there was a second superseding indictment, charging Mr. Bender with four counts of being a felon of possession of a firearm under 18 U.S.C. §§ 922(g)(1) and 924(e)(1) (ECF No. 29). On April 10, 2001, Judge Hornby sentenced Mr. Bender to a term of incarceration of 293 months on each of the counts to be served concurrently (ECF No. 37).

While serving that term of incarceration, on September 25, 2009, a grand jury in the Western District of Louisiana indicted the Defendant for assault with a dangerous weapon under 18 U.S.C. § 113(a)(3). *United States v. Bender*, No. 1:09-cr-00232-DDD-JDK-1, Indictment (ECF No. 1) (W.D. La. Sept. 25, 2009). Mr. Bender pled guilty on July 15, 2010. *United States v. Bender*, No. 1:09-cr-00232-DDD-JDK-1, Minutes (ECF No. 35) (W.D. La. July 15, 2009). Mr. Bender was sentenced to a term

of imprisonment of 77 months to run consecutively to the District of Maine sentence. *United States v. Bender*, No. 1:09-cr-00232-DDD-JDK-1, Judgment (ECF No. 76) (W.D. La. Mar. 25, 2011).

Mr. Bender has now served all of the 293-month sentence that Judge Hornby imposed and is currently serving his consecutive sentence imposed in the Western District of Louisiana. Sentence Monitoring Computation Data 3 (ECF No. 84-1). Because this Court's sentence has expired and Mr. Bender is serving his Western District of Louisiana sentence, only that court can grant compassionate release. *See United States v. Mills*, No. 3:02-cr-115-J-32JBT, 2019 U.S. Dist. LEXIS 157953, at *7 (M.D. Fla. Sept. 17, 2019); *United States v. Levy*, No. 16-cr-270 (ARR), 2020 WL 2393837, at *2, 8 (E.D.N.Y. May 12, 2020).

Accordingly, the Defendant's motion (ECF No. 80) is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 17th day of May, 2024.